IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21-cv-00645 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA POLYTECHNIC INST. | ) | By:   Hon. Thomas T. Cullen |
| AND STATE UNIV., *et al.*, | ) |         United States District Judge |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by counsel, advised the court that they had compromised and settled all issues in dispute and entered into a written Settlement Agreement. On the parties' joint motion, it is accordingly **ADJUDGED** and **ORDERED** that this action be, and the same hereby is, dismissed in its entirety with prejudice, with each party to pay their own costs and attorney fees.

The Clerk of this court is directed to strike this case from the court's active docket and send a copy of this Order to counsel of record.

**ENTERED** this 8th day of February, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE